744 A.2d 1205

IN THE MATTER OF THE GREATER BRUNSWICK
CHARTER SCHOOL.

(HIGHLAND PARK BOARD OF EDUCATION—PETITIONER).

October 29, 1999.

Granted.

744 A.2d 1206

IN THE MATTER OF THE GRANT OF THE CHARTER
SCHOOL APPLICATION OF ENGLEWOOD ON
THE PALISADES CHARTER SCHOOL.

IN THE MATTER OF THE GRANT OF THE CHARTER SCHOOL
APPLICATION OF THE CLASSICAL ACADEMY CHARTER
SCHOOL CLIFTON, PASSAIC COUNTY.

IN THE MATTER OF THE GRANT OF THE CHARTER
SCHOOL APPLICATION OF THE FRANKLIN
CHARTER SCHOOL, SOMERSET.

(FRANKLIN TOWNSHIP BOARD OF EDUCATION—PETITIONER).

November 10, 1999.

Granted.